DENNIS J. HERRERA, State Bar #139669
City Attorney
WAYNE SNODGRASS, State Bar #148137
CHRISTINE VAN AKEN, State Bar #241755
JEREMY M. GOLDMAN, State Bar #218888
Deputy City Attorneys
1 Dr. Carlton B. Goodlett Place
City Hall, Room 234
San Francisco, California 94102-4682
Telephone:     (415) 554-4633
Facsimile:      (415) 554-4699
E-Mail:          christine.van.aken@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE AMERICAN BEVERAGE ASSOCIATION, CALIFORNIA RETAILERS ASSOCIATION, CALIFORNIA STATE OUTDOOR ADVERTISING ASSOCIATION,<br><br>Plaintiffs,<br><br>vs.<br><br>THE CITY AND COUNTY OF SAN FRANCISCO,<br><br>Defendant. | Case No. 3:15-cv-03415 EMC<br><br>**STIPULATION FOR DEFENDANT CITY AND COUNTY OF SAN FRANCISCO TO RESPOND TO COMPLAINT**<br><br>Trial Date:          None set |

Pursuant to Northern District of California Local Rule 6-1(a), Plaintiffs THE AMERICAN BEVERAGE ASSOCIATION, et al. ("Plaintiffs") and Defendant CITY AND COUNTY OF SAN FRANCISCO ("Defendant"), by and through their attorneys of record stipulate that Defendant's time to serve and file a response to Plaintiffs' Complaint shall be extended through and including September 8, 2015. In the event Defendant files a motion to dismiss the complaint, Defendant shall extend Plaintiffs' time to oppose the motion by three weeks.

**IT IS SO STIPULATED.**

Dated: August 18, 2015

DENNIS J. HERRERA
City Attorney
WAYNE SNODGRASS
CHRISTINE VAN AKEN
JEREMY M. GOLDMAN
Deputy City Attorneys

By: s/*Christine Van Aken*
CHRISTINE VAN AKEN

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

Dated: August 18, 2015

LATHAM & WATKINS LLP

By: **s/*James K. Lynch*
JAMES K. LYNCH
RICHARD P. BRESS
MICHAEL E. BERN
JOHN S. COOPER

Attorneys for Plaintiff
THE AMERICAN BEVERAGE ASSOCIATION

///

///

STIP. FOR CCSF TO RESPOND TO COMPLT;
CASE NO. 3:15-cv-03415 EMC

1

n:\govlit\li2015\160121\01038780.doc

| | | |
|---|---|---|
| 1 | Dated: August 18, 2015 | GIBSON, DUNN & CRUTCHER LLP |

By: **s/*Theodore B. Olson*
THEODORE B. OLSON
ANDREW S. TULUMELLO
HELGI C. WALKER
JACOB T. SPENCER
CHARLES J. STEVENS
JOSHUA D. DICK

Attorneys for Plaintiff
CALIFORNIA STATE OUTDOOR
ADVERTISING ASSOCIATION

Dated: August 18, 2015    KNOX, LEMMON & ANAPOLSKY, LLP

By: **s/*Thomas S. Knox*
THOMAS S. KNOX

Attorneys for Plaintiff
CALIFORNIA RETAILERS ASSOCIATION

**Pursuant to GO 45, the electronic signatory has obtained approval from this signatory.

IT IS SO ORDERED:

_____
Edward M. Chen
U.S. District Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Edward M. Chen]*

STIP. FOR CCSF TO RESPOND TO COMPLT;   2    n:\govlit\li2015\160121\01038780.doc
CASE NO. 3:15-cv-03415 EMC