1   LATHAM & WATKINS LLP
       James K. Lynch (CA Bar No. 178600)
2         jim.lynch@lw.com
    505 Montgomery Street, Suite 2000
3   San Francisco, California  94111-6538
    Telephone:  +1.415.391.0600
4   Facsimile:  +1.415.395.8095

5   LATHAM & WATKINS LLP
       Richard P. Bress (Admitted Pro Hac Vice)
6         rick.bress@lw.com
       Michael E. Bern (Admitted Pro Hac Vice)
7         michael.bern@lw.com
       John S. Cooper (Admitted Pro Hac Vice)
8         john.cooper@lw.com
    555 Eleventh Street, NW, Suite 1000
9   Washington, DC  20004-1304
    Telephone:  +1.202.637.2200
10  Facsimile:  +1.202.637.2201

11  *Attorneys for Plaintiff*
    The American Beverage Association

12  *Additional Counsel on Signature Page*

13

14

15                     UNITED STATES DISTRICT COURT

16                   NORTHERN DISTRICT OF CALIFORNIA

17                      SAN FRANCISCO DIVISION

18

19  | THE AMERICAN BEVERAGE | Civil Action No. 3:15-cv-03415-EMC |
    | ASSOCIATION, CALIFORNIA RETAILERS | |
    ASSOCIATION, CALIFORNIA STATE      **JOINT STIPULATION AND [PROPOSED]**
20  OUTDOOR ADVERTISING ASSOCIATION,   **ORDER REGARDING NON-**
                                       **ENFORCEMENT DURING PENDENCY**
21                                     **OF THE CASE**
                    Plaintiffs,
22
                    v.
23
    THE CITY AND COUNTY OF SAN
24  FRANCISCO,

25                  Defendant.

26

27

28

**RECITALS**

1.      On June 25, 2015, Defendant The City and County of San Francisco (the "City" or "Defendant") enacted Ordinance No. 98-15, amending S.F. Admin. Code § 4.20 and entitled "Ordinance amending the Administrative Code to prohibit advertising of sugar-sweetened beverages on City property" (the "Ordinance").

2.      Plaintiffs The American Beverage Association, California Retailers Association, and California State Outdoor Advertising Association (collectively "Plaintiffs"), filed a complaint (Docket No. 1) on July 24, 2015, asking this Court, *inter alia*, to declare that the Ordinance violates the First Amendment and the Due Process Clause of the Fourteenth Amendment to the United States Constitution, and to enter an injunction barring the City and any of its officers, employees, or agents from enforcing or threatening to enforce the Ordinance and any of its implementing regulations.

3.      Plaintiffs alleged that the Effective Date of the Ordinance was July 25, 2015—thirty days after its enactment.

4.      On July 24, 2015, Plaintiffs also filed a motion for a preliminary injunction (Docket No. 14), requesting that this Court preliminarily enjoin the City from enforcing or causing to be enforced any provision of the Ordinance or any regulations implementing the Ordinance, pending a final judgment.

5.      On August 11, 2015, the City filed a statement of non-opposition to Plaintiffs' motion for a preliminary injunction (Docket No. 30), and indicated that it would further update the Court regarding whether, in light of the constitutional concerns raised by Plaintiffs' complaint and motion for a preliminary injunction, the City planned to enforce the Ordinance.

6.      After conferring with Plaintiffs, the City has agreed not to enforce the Ordinance pending a final judgment.  Pursuant to this stipulation, the Ordinance may not be enforced against any party as to any leases, permits, or agreements entered into, renewed, or materially amended on or before the date of a final judgment from this Court.

7.      Although Plaintiffs reserve the right to seek attorneys' fees at an appropriate time, Plaintiffs agree not to contend that this stipulation supports any application for attorneys' fees.

8.      Plaintiffs further agree that the City's agreement not to enforce the Ordinance applies only to Ordinance No. 98-15 and not to any subsequent legislation the City may adopt relating to the advertisement of sugar-sweetened beverages.  All parties reserve their claims and/or defenses concerning any subsequent legislation.

9.      The parties propose that Plaintiffs' motion for a preliminary injunction be held in abeyance pending further developments in this matter, but respectfully submit that it would serve the interests of efficient and orderly process for the Court to vacate the current briefing schedule and hearing date, remove the motion from the calendar, and refrain from deciding the motion for a preliminary injunction at this time.

**STIPULATION**

The parties accordingly stipulate as follows:

1.      The City agrees and stipulates to non-enforcement of the Ordinance pending a final judgment in this case from this Court.  Pursuant to this stipulation, the Ordinance may not be enforced against any party as to any leases, permits, or agreements entered into, renewed, or materially amended prior to and including the date of a final judgment from this Court.  This stipulation is intended to allow for the orderly adjudication of the complaint.

2.      Plaintiffs reserve the right to seek attorneys' fees at an appropriate time, but agree not to contend that this stipulation supports any application for attorneys' fees.

3.      The parties jointly request that the Court hold Plaintiffs' motion for a preliminary injunction in abeyance pending further developments in this matter.


Dated:  August 24, 2015                            Respectfully submitted,

                                                   LATHAM & WATKINS LLP


                                                   By /s/ James K. Lynch[1]
                                                      James K. Lynch[1]
                                                      LATHAM & WATKINS LLP
                                                      505 Montgomery Street
                                                      Suite 2000
                                                      San Francisco, CA 94111-6538
                                                      T +1.415.391.0600
                                                      F +1.415.395.8095
                                                      jim.lynch@lw.com

                                                      Richard P. Bress
                                                      Michael E. Bern
                                                      John S. Cooper
                                                      LATHAM & WATKINS LLP
                                                      555 Eleventh Street, NW
                                                      Suite 1000
                                                      Washington, D.C. 20004-1304
                                                      T +1.202.637.2200
                                                      F +1.202.637.2201
                                                      rick.bress@lw.com
                                                      michael.bern@lw.com
                                                      john.cooper@lw.com

---

[1] I hereby attest that concurrence in the filing of this document has been obtained from each of the other Signatories.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Attorneys for Plaintiff*
The American Beverage Association

Theodore B. Olson (Bar No. 38137)
Andrew S. Tulumello (Bar No. 196484)
Helgi C. Walker (Admitted Pro Hac Vice)
Jacob T. Spencer (Admitted Pro Hac Vice)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC  20036-5306
T +1.202.955.8668
F +1.202.530.9575
tolson@gibsondunn.com
atulumello@gibsondunn.com
hwalker@gibsondunn.com
jspencer@gibsondunn.com

Charles J. Stevens (Bar No. 106981)
Joshua D. Dick (Bar No. 268853)
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street
San Francisco, CA 94105-0921
T +1.415.393.8233
F +1.415.374.8469
CStevens@gibsondunn.com
jdick@gibsondunn.com

*Attorneys for Plaintiff*
California State Outdoor Advertising
Association

Thomas S. Knox (Bar No. 73384)
KNOX, LEMMON & ANAPOLSKY, LLP
300 Capitol Mall, Suite 1125
Sacramento, CA 95814
T +1.916.498.9911
F +1.916.498.9991
TKnox@klalawfirm.com

*Attorneys for Plaintiff*
California Retailers Association

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Dennis Herrera (Bar No. 139669)
    City Attorney
Jeremy Goldman (Bar No. 218888)
Christine Van Aken (Bar No. 241755)
    Deputy City Attorneys
City Hall, Room 234
#1 Dr. Carlton B. Goodlett Place
San Francisco, CA 94102-4682
T +1.415.554.4700
F +1.415.554.4745
Jeremy.Goldman@sfgov.org
Christine.Van.Aken@sfgov.org

*Attorneys for Defendant*
The City and County of San Francisco

LATHAM&WATKINSLLP
ATTORNEYS AT LAW
SAN FRANCISCO

JOINT STIPULATION
CASE NO. 3:15-cv-03415-EMC

1

**[PROPOSED] ORDER**

2

PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4

Dated: _8/25/15_____

5

6

IT IS SO ORDERED

7

Judge Edward M. Chen

8

_____HEN
____ATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28