1   LATHAM & WATKINS LLP
        James K. Lynch (CA Bar No. 178600)
2           jim.lynch@lw.com
    505 Montgomery Street, Suite 2000
3   San Francisco, California  94111-6538
    Telephone:  +1.415.391.0600
4   Facsimile:  +1.415.395.8095

5   LATHAM & WATKINS LLP
        Richard P. Bress (Admitted Pro Hac Vice)
6           rick.bress@lw.com
        Michael E. Bern (Admitted Pro Hac Vice)
7           michael.bern@lw.com
        John S. Cooper (Admitted Pro Hac Vice)
8           john.cooper@lw.com
    555 Eleventh Street, NW, Suite 1000
9   Washington, DC  20004-1304
    Telephone:  +1.202.637.2200
10  Facsimile:  +1.202.637.2201

11  *Attorneys for Plaintiff*
    The American Beverage Association
12
    *Additional Counsel on Signature Page*
13
                    UNITED STATES DISTRICT COURT
14
                    NORTHERN DISTRICT OF CALIFORNIA
15
                        SAN FRANCISCO DIVISION
16

17
    THE AMERICAN BEVERAGE                    CASE NO. 3:15-cv-03415-EMC
18  ASSOCIATION, CALIFORNIA RETAILERS
    ASSOCIATION, CALIFORNIA STATE            **STIPULATION AND [PROP~~OSED~~]**
19  OUTDOOR ADVERTISING ASSOCIATION,         **ORDER CONTINUING INITIAL CASE**
                                             **MANAGEMENT CONFERENCE AND**
20                                           **SETTING BRIEFING SCHEDULE FOR**
                        Plaintiffs,          **MOTION FOR PRELIMINARY**
21                                           **INJUNCTION**
                        v.
22
    THE CITY AND COUNTY OF SAN
23  FRANCISCO,

24                      Defendant.

25

26

27

28

LATHAM&WATKINS^LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Case Number: 3:15-cv-03415-EMC
STIPULATION AND [PROPOSED] ORDER RE:
INITIAL CMC AND MOT. FOR PRELIM. INJUNC.

1    Pursuant to Civil Local Rules 6-1 and 6-2, Plaintiffs The American Beverage

2    Association, California Retailers Association, and California State Outdoor Advertising

3    Association ("Plaintiffs"), and Defendant The City and County of San Francisco, hereby

4    stipulate as follows:

5    WHEREAS, the Court has scheduled the Initial Case Management Conference for

6    October 29, 2015;

7    WHEREAS, on July 28, 2015, this Initial Case Management Conference was

8    reset to November 5, 2015 (Dkt. No. 22);

9    WHEREAS, on September 8, 2015, the Initial Case Management Conference was

10   reset to November 9, 2015 at 9:30 a.m. (Dkt. No. 36);

11   WHEREAS, Plaintiffs intend to file a Motion for Preliminary Injunction

12   regarding San Francisco Ordinance No. 100-15, adding art. 42, div. I, §§ 4200-4206 to San

13   Francisco Health Code (June 25, 2015);

14   NOW, THEREFORE, in the interest of judicial economy and good cause

15   showing, the undersigned parties, by and through their counsel of record, hereby agree and

16   stipulate, and the Court hereby orders, as follows:

17   (1) The Initial Case Management Conference, currently scheduled for November

18   9, 2015 at 9:30 a.m., shall be continued to December 17, 2015 at 9:30 a.m.;

19   (2) The parties will have the Rule 26(f) conference by November 16, 2015;

20   (3) The parties will exchange Rule 26 disclosures by November 23, 2015.

21   (4) The parties further agree on the following Motion for Preliminary Injunction

22   briefing schedule:

23   (a) Plaintiffs' motion papers shall be filed and served on January 12, 2016;

24   (b) Defendant's opposition papers due by February 23, 2016;

25   (c) Plaintiffs' reply papers due by March 15, 2016

26   (d) the hearing shall be on ~~March 24, 2016~~, subject to ~~the Court's~~

April 7, 2016 at 1:30 p.m.

27   av~~ailability~~.

28   The parties respectfully request that the Court enter an Order approving this

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

Case Number: 3:15-cv-03415-EMC
STIPULATION AND [PROPOSED] ORDER RE:
INITIAL CMC AND MOT. FOR PRELIM. INJUNC.

1    Stipulation.

2            IT IS SO STIPULATED.

3

4    Dated:  October 26, 2015                    Respectfully submitted,

5                                                LATHAM & WATKINS LLP

6
                                                By  /s/ James K. Lynch
7                                                   James K. Lynch
                                                    LATHAM & WATKINS LLP
8                                                   505 Montgomery Street
                                                    Suite 2000
9                                                   San Francisco, CA 94111-6538
                                                    T +1.415.391.0600
10                                                  F +1.415.395.8095
                                                    jim.lynch@lw.com
11
                                                    Richard P. Bress
12                                                  Michael E. Bern
                                                    John S. Cooper
13                                                  LATHAM & WATKINS LLP
                                                    555 Eleventh Street, NW
14                                                  Suite 1000
                                                    Washington, D.C. 20004-1304
15                                                  T +1.202.637.2200
                                                    F +1.202.637.2201
16                                                  rick.bress@lw.com
                                                    michael.bern@lw.com
17                                                  john.cooper@lw.com

18                                                  *Attorneys for Plaintiff*
                                                    The American Beverage Association
19

20                                              By  /s/ Theodore B. Olson
                                                    Theodore B. Olson (Bar No. 38137)
21                                                  Andrew S. Tulumello (Bar No. 196484)
                                                    Helgi C. Walker (Admitted Pro Hac Vice)
22                                                  Jacob T. Spencer (Admitted Pro Hac Vice)
                                                    GIBSON, DUNN & CRUTCHER LLP
23                                                  1050 Connecticut Avenue, N.W.
                                                    Washington, DC  20036-5306
24                                                  T +1.202.955.8668
                                                    F +1.202.530.9575
25                                                  tolson@gibsondunn.com
                                                    atulumello@gibsondunn.com
26                                                  hwalker@gibsondunn.com
                                                    jspencer@gibsondunn.com
27

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2                   Case Number: 3:15-cv-03415-EMC
                    STIPULATION AND [PROPOSED] ORDER RE:
                    INITIAL CMC AND MOT. FOR PRELIM. INJUNC.

1

By  /s/ Charles J. Stevens
Charles J. Stevens (Bar No. 106981)

2

Joshua D. Dick (Bar No. 268853)
GIBSON, DUNN & CRUTCHER LLP

3

555 Mission Street
San Francisco, CA 94105-0921

4

T +1.415.393.8233
F +1.415.374.8469

5

cstevens@gibsondunn.com
jdick@gibsondunn.com

6

7

*Attorneys for Plaintiff*
California State Outdoor Advertising
Association

8

9

By  /s/ Thomas S. Knox
Thomas S. Knox (Bar No. 73384)

10

KNOX, LEMMON & ANAPOLSKY, LLP
300 Capitol Mall, Suite 1125

11

Sacramento, CA 95814
T +1.916.498.9911

12

F +1.916.498.9991
tknox@klalawfirm.com

13

14

*Attorneys for Plaintiff*
California Retailers Association

15

Dated:  October 26, 2015

By: /s/ Dennis Herrera

16

Dennis Herrera (Bar No. 139669)
    City Attorney

17

Jeremy Goldman (Bar No. 218888)
Christine Van Aken (Bar No. 241755)

18

    Deputy City Attorneys
City Hall, Room 234

19

#1 Dr. Carlton B. Goodlett Place
San Francisco, CA 94102-4682

20

T +1.415.554.4700
F +1.415.554.4745

21

Dennis.Herrera@sfgov.org
Jeremy.Goldman@sfgov.org

22

Christine.Van.Aken@sfgov.org

23

24

25

26

27

28

LATHAM&WATKINS^LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

Case Number: 3:15-cv-03415-EMC
STIPULATION AND [PROPOSED] ORDER RE:
INITIAL CMC AND MOT. FOR PRELIM. INJUNC.

1

## ATTESTATION CLAUSE

2    Pursuant to Civil Local Rule 5-1(i)(3),  I hereby certify that I obtained in the filing of this

3    document the concurrence from all parties whose electronic signatures appear above.

4

5    Dated:  October 26, 2015                    **LATHAM & WATKINS LLP**

6

7                                               By:_____/s/ James K. Lynch_____
                                                        James K. Lynch

8

9

10

**PURSUANT TO STIPULATION, IT IS SO ORDERED.** (as modified on p. 1)

11

12           October 30, 2015
     DATED:_____          _____

13                                          Hon. Edward M. Chen
                                            United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

Case Number: 3:15-cv-03415-EMC
STIPULATION AND [PROPOSED] ORDER RE:
INITIAL CMC AND MOT. FOR PRELIM. INJUNC.