LATHAM & WATKINS LLP
   James K. Lynch (CA Bar No. 178600)
     jim.lynch@lw.com
   Marcy C. Priedeman (CA Bar No. 258505)
     marcy.priedeman@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California  94111-6538
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095

LATHAM & WATKINS LLP
   Richard P. Bress (Admitted *Pro Hac Vice*)
     rick.bress@lw.com
   John S. Cooper (Admitted *Pro Hac Vice*)
     john.cooper@lw.com
   Michael E. Bern (Admitted *Pro Hac Vice*)
     michael.bern@lw.com
555 Eleventh Street, NW, Suite 1000
Washington, DC  20004-1304
Telephone: +1.202.637.2200
Facsimile: +1.202.637.2201

*Attorneys for Plaintiff*
The American Beverage Association

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE AMERICAN BEVERAGE ASSOCIATION, CALIFORNIA RETAILERS ASSOCIATION, CALIFORNIA STATE OUTDOOR ADVERTISING ASSOCIATION,<br><br>Plaintiffs,<br><br>v.<br><br>THE CITY AND COUNTY OF SAN FRANCISCO,<br><br>Defendant. | Case No. 3:15-cv-03415-EMC<br><br>**[PROPOSED] ORDER ON JOINT ADMINISTRATIVE MOTION TO PERMIT FILING OF AMICUS BRIEFS**<br><br>Courtroom: 5, 17th Floor<br>Judge: Hon. Edward M. Chen |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Case Number: 3:15-cv-03415-EMC
[PROPOSED] ORDER ON JOINT ADMIN. MOTION.

1   Having read the parties' Joint Motion to Permit the Filing of Amicus Briefs and the
2  parties' concurrently filed stipulation regarding the filing of amicus briefs,
3   IT IS HEREBY ORDERED THAT:
4   Amicus briefs in support of Plaintiffs' Motion for a Preliminary Injunction shall be filed
5  by January 22, 2016.  Amicus briefs in support of Defendant's Opposition to Plaintiffs' Motion
6  for a Preliminary Injunction shall be filed by ~~March 4, 2016~~. February 23, 2016.  Briefs are limited to 25 pages.

Dated: January 22, 2016

_____
Honorable Edward M. Chen

**IT IS SO ORDERED AS MODIFIED**
Judge Edward M. Chen
*United States District Court, Northern District of California*