LATHAM & WATKINS LLP
   James K. Lynch (CA Bar No. 178600)
      jim.lynch@lw.com
   Marcy C. Priedeman (CA Bar No. 258505)
      marcy.priedeman@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095

LATHAM & WATKINS LLP
   Richard P. Bress (Admitted Pro Hac Vice)
      rick.bress@lw.com
   Michael E. Bern (Admitted Pro Hac Vice)
      michael.bern@lw.com
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004-1304
Telephone: +1.202.637-2200
Facsimile: +1.202.637.2201

*Attorneys for Plaintiff*
The American Beverage Association

*Additional Counsel Listed on Signature Page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DISTRICT JUDICIAL DISTRICT

| | |
|---|---|
| THE AMERICAN BEVERAGE ASSOCIATION, CALIFORNIA RETAILERS ASSOCIATION CALIFORNIA STATE OUTDOOR ADVERTISING ASSOCIATION,<br><br>        Plaintiffs,<br><br>v.<br><br>THE CITY AND COUNTY OF SAN FRANCISCO,<br><br>        Defendant. | CASE NO. 3:15-CV-03415-EMC<br><br>STIPULATED REQUEST AND [PR~~OPO~~SED] ORDER TO EXPEDITE THE BRIEFING SCHEDULE AND FORGO A HEARING FOR PLAINTIFFS' MOTION FOR INJUNCTION PENDING APPEAL |

Pursuant to Standing Order No. 4 and Local Rule 6-2(a), Plaintiffs The American Beverage Association, California Retailers Association, and California State Outdoor Advertising Association (collectively "Plaintiffs"), and Defendant the City and County of San Francisco, hereby submit to the following stipulated, expedited schedule for Plaintiffs' Motion for Injunction Pending Appeal:

| **Description** | **Proposed Date** |
| --- | --- |
| Deadline for Defendant's Response | May 31, 2016 |
| Deadline for Plaintiffs' Reply | June 2, 2016 |
| Hearing on Plaintiffs' Motion for Injunction Pending Appeal | Waived |

This stipulated request to shorten time and forgo a hearing does not affect any other deadlines in the case.

The parties hereby request a Court Order shortening the deadlines described above as stipulated by the parties.

In the event that the Court is disinclined to grant Plaintiffs the relief they request, Plaintiffs respectfully request that the Court promptly dispose of the instant motion without waiting for a response from the City in order to permit Plaintiffs to file an expedited request for injunction pending appeal before the United States Court of Appeals for the Ninth Circuit.

Dated: May 23, 2016

Respectfully submitted,

LATHAM & WATKINS LLP

By /s/ James K. Lynch

James K. Lynch
Marcy C. Priedeman
LATHAM & WATKINS LLP
505 Montgomery Street
Suite 2000
San Francisco, CA 94111-6538
T +1.415.391.0600
F +1.415.395.8095
jim.lynch@lw.com
marcy.priedeman@lw.com

LATHAM & WATKINS LLP

1

Case Number: 3:15-CV-03415-EMC
Stip Request And [Prop] Order to Expedite the Briefing Schedule for Pltfs' Mot For Injunction

| | |
|---|---|
| 1 | Richard P. Bress |
| 2 | Michael E. Bern |
|   | LATHAM & WATKINS LLP |
|   | 555 Eleventh Street, NW |
| 3 | Suite 1000 |
|   | Washington, D.C. 20004-1304 |
| 4 | T +1.202.637.2200 |
|   | F +1.202.637.2201 |
| 5 | rick.bress@lw.com |
|   | michael.bern@lw.com |

*Attorneys for Plaintiff*
The American Beverage Association

Dated:  May 23, 2016           By: /s/ Theodore B. Olson
                                   Theodore B. Olson

Theodore B. Olson (Bar No. 38137)
Andrew S. Tulumello (Bar No. 196484)
Helgi C. Walker (Admitted Pro Hac Vice)
Jacob T. Spencer (Admitted Pro Hac Vice)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC  20036-5306
T +1.202.955.8668
F +1.202.530.9575
tolson@gibsondunn.com
atulumello@gibsondunn.com
hwalker@gibsondunn.com
jspencer@gibsondunn.com

Charles J. Stevens (Bar No. 106981)
Joshua D. Dick (Bar No. 268853)
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street
San Francisco, CA 94105-0921
T +1.415.393.8233
F +1.415.374.8469
cstevens@gibsondunn.com
jdick@gibsondunn.com

*Attorneys for Plaintiff*
California State Outdoor Advertising Association

Dated:  May 23, 2016           By: /s/ Thomas S. Knox
                                   Thomas S. Knox

Thomas S. Knox (Bar No. 73384)
KNOX, LEMMON & ANAPOLSKY, LLP
300 Capitol Mall, Suite 1125
Sacramento, CA 95814
T +1.916.498.9911

LATHAM&WATKINS LLP

2    Case Number: 3:15-CV-03415-EMC
Stip Request And [Prop] Order to Expedite the Briefing
Schedule for Pltfs' Mot For Injunction

|   |   |
|---|---|
|   | F +1.916.498.9991 |
|   | tknox@klalawfirm.com |
|   |   |
|   | *Attorneys for Plaintiff* |
|   | California Retailers Association |

Dated: May 23, 2016            By: /s/ Christine Van Aken
                                   Christine Van Aken

                                   Dennis Herrera (Bar No. 139669)
                                       City Attorney
                                   Jeremy Goldman (Bar No. 218888)
                                   Christine Van Aken (Bar No. 241755)
                                       Deputy City Attorneys
                                   City Hall, Room 234
                                   #1 Dr. Carlton B. Goodlett Place
                                   San Francisco, CA 94102-4682
                                   T +1.415.554.4700
                                   F +1.415.554.4745
                                   Dennis.Herrera@sfgov.org
                                   Jeremy.Goldman@sfgov.org
                                   Christine.Van.Aken@sfgov.org

## ATTESTATION CLAUSE

Pursuant to Civil Local Rule 5-1(i)(3), I hereby certify that I obtained in the filing of this document the concurrence from all parties whose electronic signatures appear above.

Dated: May 23, 2016                        LATHAM & WATKINS LLP

                                           By /s/ James K. Lynch
                                               James K. Lynch

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: May 24, 2016

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Edward M. Chen]*