1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  WAYNE SNODGRASS, State Bar #148137
   CHRISTINE VAN AKEN, State Bar #241755
3  JEREMY M. GOLDMAN, State Bar #218888
   Deputy City Attorneys
4  1 Dr. Carlton B. Goodlett Place
   City Hall, Room 234
5  San Francisco, California 94102-4682
   Telephone:     (415) 554-4633
6  Facsimile:     (415) 554-4699
   E-Mail:        christine.van.aken@sfgov.org
7

8  Attorneys for Defendant
   CITY AND COUNTY OF SAN FRANCISCO
9

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12 | THE AMERICAN BEVERAGE | Case No. 3:15-cv-03415 EMC
   | ASSOCIATION, CALIFORNIA RETAILERS |
13 | ASSOCIATION, CALIFORNIA STATE | **STIPULATION AND [PROPOSED] ORDER**
   | OUTDOOR ADVERTISING | **DISMISSING COUNT I AND COUNT II OF**
14 | ASSOCIATION, | **COMPLAINT**

15              Plaintiffs,
                                        Trial Date:      None set
16      vs.

17 THE CITY AND COUNTY OF SAN
   FRANCISCO,
18
                Defendant.
19

STIP. FOR DISMISSAL (ORD. NO. 98-15);
CASE NO. 3:15-cv-03415 EMC

WHEREAS, Count I and Count II of Plaintiffs' Complaint challenges San Francisco Ordinance No. 98-15 as in violation of the First and Fourteenth Amendments to the United States Constitution;

WHEREAS, subsequent to the filing of the Complaint, the City and County of San Francisco repealed Ordinance No. 98-15; and

WHEREAS, the parties agree that Plaintiffs' challenges to Ordinance No. 98-15 are now moot, the parties therefore now stipulate and agree that Count I and Count II of the Complaint shall be dismissed without prejudice, with each side to bear its own fees and costs respecting Count I and Count II of the Complaint, but nothing in this stipulation shall impact the parties' rights with respect to their continuing dispute concerning the validity of San Francisco Ordinance No. 100-15.

**IT IS SO STIPULATED.**

Dated: June 2, 2016

DENNIS J. HERRERA
City Attorney
WAYNE SNODGRASS
CHRISTINE VAN AKEN
JEREMY M. GOLDMAN
Deputy City Attorneys


By: s/*Christine Van Aken*
CHRISTINE VAN AKEN

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

Dated: June 2, 2016

LATHAM & WATKINS LLP


By: *s/*James K. Lynch*
JAMES K. LYNCH
RICHARD P. BRESS
MICHAEL E. BERN
MARCY C. PRIEDEMAN

Attorneys for Plaintiff
THE AMERICAN BEVERAGE ASSOCIATION

1  
2  Dated: June 2, 2016                    GIBSON, DUNN & CRUTCHER LLP
3  
4  
5                                         By: *s/*Theodore B. Olson*  
                                               THEODORE B. OLSON  
6                                              ANDREW S. TULUMELLO  
                                               HELGI C. WALKER  
7                                              JACOB T. SPENCER  
                                               CHARLES J. STEVENS  
8                                              JOSHUA D. DICK
9                                          Attorneys for Plaintiff  
                                           CALIFORNIA STATE OUTDOOR  
10                                         ADVERTISING ASSOCIATION
11  
12 Dated: June 2, 2016                    KNOX, LEMMON & ANAPOLSKY, LLP
13  
14  
15                                        By: *s/*Thomas S. Knox*  
                                              THOMAS S. KNOX
16  
17                                        Attorneys for Plaintiff  
                                          CALIFORNIA RETAILERS ASSOCIATION
18  
19 *Pursuant to GO 45, the electronic signatory has obtained approval from this signatory.
20  
21                              **ORDER**
22        Pursuant to stipulation, IT IS SO ORDERED.
23  
24 Dated:  6/3/16
25                                        THE HONORABLE  
                                          United States District Judge

IT IS SO ORDERED  
Judge Edward M. Chen

STIP. FOR DISMISSAL (ORD. NO. 98-15);  
CASE NO. 3:15-cv-03415 EMC