LATHAM & WATKINS LLP
   Marcy C. Priedeman (CA Bar No. 258505)
     marcy.priedeman@lw.com
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095

LATHAM & WATKINS LLP
   Richard P. Bress (Admitted Pro Hac Vice)
     rick.bress@lw.com
   Michael E. Bern (Admitted Pro Hac Vice)
     michael.bern@lw.com
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004-1304
Telephone: +1.202.637.2200
Facsimile: +1.202.637.2201

*Attorneys for Plaintiff*
The American Beverage Association

*Additional Counsel on Signature Page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE AMERICAN BEVERAGE ASSOCIATION, CALIFORNIA RETAILERS ASSOCIATION, CALIFORNIA STATE OUTDOOR ADVERTISING ASSOCIATION,<br><br>Plaintiffs,<br><br>v.<br><br>THE CITY AND COUNTY OF SAN FRANCISCO,<br><br>Defendant. | CASE NO. 3:15-cv-03415-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Pursuant to Civil Local Rules 6-1 and 6-2, Plaintiffs The American Beverage Association, California Retailers Association, and California State Outdoor Advertising Association ("Plaintiffs"), and Defendant The City and County of San Francisco, hereby stipulate as follows:

WHEREAS, the Court scheduled a Case Management Conference for September 7, 2017 (Dkt. No. 94);

WHEREAS, on July 31, 2017, this Case Management Conference was reset to September 28, 2017 (Dkt. No. 95);

WHEREAS, a Case Management Statement is due to the Court by September 21, 2017 (Dkt. No. 95);

WHEREAS, on June 16, 2016, Plaintiffs American Beverage Association and California Retailers Association filed a Notice of Appeal of the Court's May 17, 2016 Order Denying Plaintiffs' Motion for Preliminary Injunction, and Plaintiff California State Outdoor Advertising Association filed a separate Notice of Appeal of the same order on that date;

WHEREAS, the parties presented oral argument to the U.S. Court of Appeals for the Ninth Circuit on April 17, 2017; and

WHEREAS, the parties are awaiting a decision by the U.S. Court of Appeals for the Ninth Circuit in the appeal in this case,

NOW, THEREFORE, in the interest of judicial economy and good cause showing, the undersigned parties, by and through their counsel of record, hereby agree and stipulate, and the Court hereby orders, as follows:

(1) The Case Management Conference, currently scheduled for September 28, 2017 at 10:30 a.m., shall be continued to at least two weeks following a decision by the Ninth Circuit, at a date and time convenient for the Court; and

(2) The parties shall submit a Joint Case Management Statement by one week prior to the Case Management Conference.

The parties respectfully request that the Court enter an Order approving this Stipulation.

IT IS SO STIPULATED.

Dated: September 12, 2017

Respectfully submitted,

LATHAM & WATKINS LLP

By /s/ Marcy C. Priedeman
Marcy C. Priedeman (CA Bar No. 258505)
LATHAM & WATKINS LLP
505 Montgomery Street
Suite 2000
San Francisco, CA 94111-6538
T +1.415.391.0600
F +1.415.395.8095
marcy.priedeman@lw.com

Richard P. Bress (Admitted *Pro Hac Vice*)
Michael E. Bern (Admitted *Pro Hac Vice*)
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Suite 1000
Washington, DC 20004-1304
T +1.202.637.2200
F +1.202.637.2201
rick.bress@lw.com
michael.bern@lw.com

*Attorneys for Plaintiff*
The American Beverage Association

By /s/ Theodore B. Olson
Theodore B. Olson (Bar No. 38137)
Andrew S. Tulumello (Bar No. 196484)
Helgi C. Walker (Admitted Pro Hac Vice)
Jacob T. Spencer (Admitted Pro Hac Vice)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
T +1.202.955.8668
F +1.202.530.9575
tolson@gibsondunn.com
atulumello@gibsondunn.com
hwalker@gibsondunn.com
jspencer@gibsondunn.com

By /s/ Charles J. Stevens
Charles J. Stevens (Bar No. 106981)
Joshua D. Dick (Bar No. 268853)
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street
San Francisco, CA 94105-0921
T +1.415.393.8233

F +1.415.374.8469
cstevens@gibsondunn.com
jdick@gibsondunn.com

*Attorneys for Plaintiff*
California State Outdoor Advertising Association


By /s/ Thomas S. Knox
Thomas S. Knox (Bar No. 73384)
KNOX, LEMMON & ANAPOLSKY, LLP
300 Capitol Mall, Suite 1125
Sacramento, CA 95814
T +1.916.498.9911
F +1.916.498.9991
tknox@klalawfirm.com

*Attorneys for Plaintiff*
California Retailers Association

Dated: September 12, 2017

By: /s/ Christine Van Aken
Christine Van Aken (Bar No. 241755)
Jeremy Goldman (Bar No. 218888)
  Deputy City Attorneys
City Hall, Room 234
One Dr. Carlton B. Goodlett Place
San Francisco, CA 94102-4682
T +1.415.554.4700
F +1.415.554.4745
Jeremy.Goldman@sfgov.org
Christine.Van.Aken@sfgov.org

*Attorneys for Defendant*
City and County of San Francisco

**ATTESTATION CLAUSE**

Pursuant to Civil Local Rule 5-1(i)(3), I hereby certify that I obtained in the filing of this document the concurrence from all parties whose electronic signatures appear above.

Dated: September 12, 2017

**LATHAM & WATKINS LLP**

By: /s/ Marcy C. Priedeman
Marcy C. Priedeman

**PURSUANT TO STIPULATION, IT IS SO ORDERED.** The 9/28/17 further cmc is reset for 3/29/18 at 10:30 a.m. Updated statement due 3/22/18.

DATED: 9/18/17

Hon. Edward M. Chen
District Judge

*IT IS SO ORDERED AS MODIFIED*
Judge Edward M. Chen