LATHAM & WATKINS LLP
  Marcy C. Priedeman (CA Bar No. 258505)
    marcy.priedeman@lw.com
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095

LATHAM & WATKINS LLP
  Richard P. Bress (Admitted Pro Hac Vice)
    rick.bress@lw.com
  Michael E. Bern (Admitted Pro Hac Vice)
    michael.bern@lw.com
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004-1304
Telephone: +1.202.637.2200
Facsimile: +1.202.637.2201

*Attorneys for Plaintiffs*
The American Beverage Association and California
State Outdoor Advertising Association

*Additional Counsel on Signature Page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE AMERICAN BEVERAGE ASSOCIATION, CALIFORNIA RETAILERS ASSOCIATION, CALIFORNIA STATE OUTDOOR ADVERTISING ASSOCIATION,<br><br>Plaintiffs,<br><br>v.<br><br>THE CITY AND COUNTY OF SAN FRANCISCO,<br><br>Defendant. | CASE NO. 3:15-cv-03415-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Pursuant to Civil Local Rules 6-1 and 6-2, Plaintiffs The American Beverage Association, California Retailers Association, and California State Outdoor Advertising Association ("Plaintiffs"), and Defendant The City and County of San Francisco, hereby stipulate as follows:

WHEREAS, the Court scheduled a Case Management Conference for September 7, 2017 (Dkt. No. 94);

WHEREAS, on July 31, 2017, this Case Management Conference was reset to September 28, 2017 (Dkt. No. 95);

WHEREAS, on September 18, 2017, this Case Management Conference was reset to March 29, 2018 (Dkt No. 98);

WHEREAS, a Case Management Statement is due to the Court by March 22, 2018 (Dkt. No. 98);

WHEREAS, on June 16, 2016, Plaintiffs American Beverage Association and California Retailers Association filed a Notice of Appeal of the Court's May 17, 2016 Order Denying Plaintiffs' Motion for Preliminary Injunction, and Plaintiff California State Outdoor Advertising Association filed a separate Notice of Appeal of the same order on that date;

WHEREAS, on April 17, 2017, the parties presented oral argument to the U.S. Court of Appeals for the Ninth Circuit;

WHEREAS, on September 19, 2017, the U.S. Court of Appeals for the Ninth Circuit issued a decision in the appeal in this case (Ninth Circuit Dkt. No. 74);

WHEREAS, on October 17, 2017, Defendant filed a Petition for Panel Rehearing or Rehearing En Banc in the appeal in this case (Ninth Circuit Dkt. No. 77);

WHEREAS, on January 29, 2018, the U.S. Court of Appeals for the Ninth Circuit granted Defendant's Petition for Rehearing En Banc in the appeal in this case (Ninth Circuit Dkt. No. 100); and

WHEREAS, the parties are awaiting an order by the U.S. Court of Appeals for the Ninth Circuit concerning oral argument for the rehearing and awaiting a decision in this case,

NOW, THEREFORE, in the interest of judicial economy and good cause

showing, the undersigned parties, by and through their counsel of record, hereby agree and stipulate, and the Court hereby orders, as follows:

(1) The Case Management Conference, currently scheduled for March 29, 2018 at 10:30 a.m., shall be continued to ~~at least two weeks following a decision by the U.S. Court of Appeals for the Ninth Circuit, at a date and time convenient for the Court; and~~ 7/12/18 at 10:30 a.m.

(2) The parties shall submit a Joint Case Management Statement by one week prior to the Case Management Conference.

The parties respectfully request that the Court enter an Order approving this Stipulation.

IT IS SO STIPULATED.

Dated: March 15, 2018

Respectfully submitted,

LATHAM & WATKINS LLP

By /s/ Marcy C. Priedeman
Marcy C. Priedeman (Bar No. 258505)
LATHAM & WATKINS LLP
505 Montgomery Street
Suite 2000
San Francisco, CA 94111-6538
T +1.415.391.0600
F +1.415.395.8095
marcy.priedeman@lw.com

Richard P. Bress (Admitted *Pro Hac Vice*)
Michael E. Bern (Admitted *Pro Hac Vice*)
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Suite 1000
Washington, DC 20004-1304
T +1.202.637.2200
F +1.202.637.2201
rick.bress@lw.com
michael.bern@lw.com

*Attorneys for Plaintiffs*
The American Beverage Association and California State Outdoor Advertising Association

| | |
|---|---|
| Dated: March 15, 2018 | By: /s/ Thomas S. Knox<br>Thomas S. Knox (Bar No. 73384)<br>KNOX, LEMMON & ANAPOLSKY, LLP<br>300 Capitol Mall, Suite 1125<br>Sacramento, CA 95814<br>T +1.916.498.9911<br>F +1.916.498.9991<br>tknox@klalawfirm.com<br><br>*Attorneys for Plaintiff*<br>California Retailers Association |
| Dated: March 15, 2018 | By: /s/ Christine Van Aken<br>Christine Van Aken (Bar No. 241755)<br>Jeremy Goldman (Bar No. 218888)<br>Deputy City Attorneys<br>City Hall, Room 234<br>One Dr. Carlton B. Goodlett Place<br>San Francisco, CA 94102-4682<br>T +1.415.554.4700<br>F +1.415.554.4745<br>Jeremy.Goldman@sfgov.org<br>Christine.Van.Aken@sfgov.org<br><br>*Attorneys for Defendant*<br>City and County of San Francisco |

## **ATTESTATION CLAUSE**

Pursuant to Civil Local Rule 5-1(i)(3), I hereby certify that I obtained in the filing of this document the concurrence from all parties whose electronic signatures appear above.

| | |
|---|---|
| Dated: March 15, 2018 | **LATHAM & WATKINS LLP**<br><br>By: /s/ Marcy C. Priedeman<br>Marcy C. Priedeman |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 3/16/18

Hon. Edward M. Chen
United States District Judge

*IT IS SO ORDERED AS MODIFIED*
Judge Edward M. Chen

Case Number: 15-cv-03415-EMC
STIPULATION AND [PROPOSED] ORDER RE: CMC