LATHAM & WATKINS LLP
   Marcy C. Priedeman (CA Bar No. 258505)
    marcy.priedeman@lw.com
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095

LATHAM & WATKINS LLP
   Richard P. Bress (Admitted Pro Hac Vice)
    rick.bress@lw.com
   Michael E. Bern (Admitted Pro Hac Vice)
    michael.bern@lw.com
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004-1304
Telephone: +1.202.637.2200
Facsimile: +1.202.637.2201

*Attorneys for Plaintiff*
The American Beverage Association

*Additional Counsel on Signature Page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE AMERICAN BEVERAGE ASSOCIATION, CALIFORNIA RETAILERS ASSOCIATION, CALIFORNIA STATE OUTDOOR ADVERTISING ASSOCIATION,<br><br>Plaintiffs,<br><br>v.<br><br>THE CITY AND COUNTY OF SAN FRANCISCO,<br><br>Defendant. | CASE NO. 3:15-cv-03415-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Pursuant to Civil Local Rules 6-1 and 6-2, Plaintiffs The American Beverage Association, California Retailers Association, and California State Outdoor Advertising Association ("Plaintiffs"), and Defendant The City and County of San Francisco, hereby stipulate as follows:

WHEREAS, the Court scheduled a Case Management Conference for September 7, 2017 (Dkt. No. 94);

WHEREAS, on July 31, 2017, this Case Management Conference was reset to September 28, 2017 (Dkt. No. 95);

WHEREAS, on September 18, 2017, this Case Management Conference was reset to March 29, 2018 (Dkt No. 98);

WHEREAS, on March 16, 2018, this Case Management Conference was reset to July 12, 2018 (Dkt. 106);

WHEREAS, a Case Management Statement is due to the Court by July 5, 2018 (Dkt. No. 98);

WHEREAS, on June 16, 2016, Plaintiffs American Beverage Association and California Retailers Association filed a Notice of Appeal of the Court's May 17, 2016 Order Denying Plaintiffs' Motion for Preliminary Injunction, and Plaintiff California State Outdoor Advertising Association filed a separate Notice of Appeal of the same order on that date;

WHEREAS, on April 17, 2017, the parties presented oral argument to the U.S. Court of Appeals for the Ninth Circuit;

WHEREAS, on September 19, 2017, the U.S. Court of Appeals for the Ninth Circuit issued a decision in the appeal in this case (Ninth Circuit Dkt. No. 74);

WHEREAS, on October 17, 2017, Defendant filed a Petition for Panel Rehearing or Rehearing En Banc in the appeal in this case (Ninth Circuit Dkt. No. 77);

WHEREAS, on January 29, 2018, the U.S. Court of Appeals for the Ninth Circuit granted Defendant's Petition for Rehearing En Banc in the appeal in this case (Ninth Circuit Dkt. No. 100);

WHEREAS, on March 22, 2018, the Ninth Circuit stayed the proceedings in the appeal in

this case pending the U.S. Supreme Court's decision in *National Institute of Family & Life Advocates v. Becerra*, S. Ct. Dkt. No. 16-1140, or upon further order of the Court (Ninth Circuit Dkt. 134); and

WHEREAS, the parties are awaiting further orders by the U.S. Court of Appeals for the Ninth Circuit concerning this case,

NOW, THEREFORE, in the interest of judicial economy and good cause showing, the undersigned parties, by and through their counsel of record, hereby agree and stipulate, and the Court hereby orders, as follows:

(1) The Case Management Conference, currently scheduled for July 12, 2018 at 10:30 a.m., shall be continued to at least two weeks following a decision by the U.S. Court of Appeals for the Ninth Circuit, at a date and time convenient for the Court; and

(2) The parties shall submit a Joint Case Management Statement by one week prior to the Case Management Conference.

The parties respectfully request that the Court enter an Order approving this Stipulation.

IT IS SO STIPULATED.

Dated: June 25, 2018

Respectfully submitted,

LATHAM & WATKINS LLP

By: /s/ Marcy C. Priedeman
Marcy C. Priedeman (CA Bar No. 258505)
LATHAM & WATKINS LLP
505 Montgomery Street
Suite 2000
San Francisco, CA 94111-6538
T +1.415.391.0600
F +1.415.395.8095
marcy.priedeman@lw.com

Richard P. Bress (Admitted *Pro Hac Vice*)
Michael E. Bern (Admitted *Pro Hac Vice*)
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Suite 1000
Washington, DC 20004-1304
T +1.202.637.2200

|   |   |   |
|---|---|---|
| 1 | | F +1.202.637.2201 |
| 2 | | rick.bress@lw.com<br>michael.bern@lw.com |
| 3 | | *Attorneys for Plaintiffs*<br>The American Beverage Association, |
| 4 | | California State Outdoor Advertising<br>Association, and California Retailers |
| 5 | | Association |

Dated: June 25, 2018    By: /s/ Jeremy Goldman
                                      Jeremy Goldman (Bar No. 218888)
                                      Christine Van Aken (Bar No. 241755)
                                        Deputy City Attorneys
City Hall, Room 234
One Dr. Carlton B. Goodlett Place
San Francisco, CA 94102-4682
T +1.415.554.4700
F +1.415.554.4745
Jeremy.Goldman@sfcityatty.gov
Christine.Van.Aken@sfcityatty.gov

*Attorneys for Defendant*
City and County of San Francisco

## ATTESTATION CLAUSE

Pursuant to Civil Local Rule 5-1(i)(3), I hereby certify that I obtained in the filing of this document the concurrence from all parties whose electronic signatures appear above.

Dated: June 25, 2018    **LATHAM & WATKINS LLP**

By: /s/ Marcy C. Priedeman
    Marcy C. Priedeman

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Further CMC reset from 7/12/2018 to 9/20/2018 at 10:30 a.m. An updated joint CMC statement shall be filed by 9/13/2018.

DATED: 6/27/2018

*IT IS SO ORDERED AS MODIFIED* [signature stamp: Judge Edward M. Chen, United States District Court, Northern District of California]

Edward M. Chen
United States District Judge