DENNIS J. HERRERA, State Bar #139669
City Attorney
WAYNE SNODGRASS, State Bar #148137
JEREMY M. GOLDMAN, State Bar #218888
Deputy City Attorneys
1 Dr. Carlton B. Goodlett Place
City Hall, Room 234
San Francisco, California 94102-4682
Telephone:     (415) 554-6762
Facsimile:      (415) 554-4699
E-Mail:          jeremy.goldman@sfcityatty.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE AMERICAN BEVERAGE ASSOCIATION, CALIFORNIA RETAILERS ASSOCIATION, CALIFORNIA STATE OUTDOOR ADVERTISING ASSOCIATION,<br><br>Plaintiffs,<br><br>vs.<br><br>THE CITY AND COUNTY OF SAN FRANCISCO,<br><br>Defendant. | Case No. 3:15-cv-03415 EMC<br><br>**DEFENDANT CITY AND COUNTY OF SAN FRANCISCO'S [PROPOSED] ORDER GRANTING MOTION FOR PRELIMINARY INJUNCTION** |

1  This matter came before the Court on the motion of Plaintiffs American Beverage Association, California Retailers Association, and California State Outdoor Advertising Association for a preliminary injunction, and now returns to this Court on remand from the Ninth Circuit.  Dkt. Nos. 118, 119.  Based on the Ninth Circuit's decision, Dkt. No. 118,

**IT IS HEREBY ORDERED THAT:**

Defendant City and County of San Francisco, and its agents, servants, employees, and attorneys are preliminarily enjoined, pending final judgment in this matter or further order of the Court, from taking any action against any of Plaintiffs or their members to enforce or cause to be enforced any provision of San Francisco Ordinance No. 100-15, entitled "Ordinance amending the Health Code to require advertisements for sugar-sweetened beverages to include a warning about the harmful health effects of consuming such beverages and authorizing the Director of Health to impose penalties for noncompliance," and any regulations implementing this Ordinance.

Dated: _____

_____
HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE