LATHAM & WATKINS LLP
  Steven M. Bauer (CA Bar No. 135067)
    steven.bauer@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California  94111-6538
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095

LATHAM & WATKINS LLP
  Richard P. Bress (Admitted *Pro Hac Vice*)
    rick.bress@lw.com
  Michael E. Bern (Admitted *Pro Hac Vice*)
    michael.bern@lw.com
  George C. Chipev (Admitted *Pro Hac Vice*)
    george.chipev@lw.com
  Caroline A. Flynn (CA Bar No. 296691)
    caroline.flynn@lw.com
  Shannon Grammel (Admitted *Pro Hac Vice*)
    shannon.grammel@lw.com
555 Eleventh Street, NW, Suite 1000
Washington, DC  20004-1304
Telephone: +1.202.637.2200
Facsimile: +1.202.637.2201

*Attorneys for Plaintiffs*
American Beverage Association and California Retailers Association

*Additional Counsel on Signature Page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN BEVERAGE ASSOCIATION, CALIFORNIA RETAILERS ASSOCIATION, CALIFORNIA STATE OUTDOOR ADVERTISING ASSOCIATION,<br><br>Plaintiffs,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>Defendant. | Case No. 3:15-cv-03415-EMC<br><br>**STIPULATED NOTICE OF DISMISSAL**<br><br>Fed. R. Civ. P. 41(a)(1)(A)(ii) |

1  TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the Joint Stipulation and Order Suspending Briefing Schedule, Taking Summary Judgment Hearing Off Calendar, Vacating Case Management Dates, Providing for Dismissal of This Action, and Condition Extending the Time Within Which Plaintiffs May File a Motion for Fees and Costs ("Joint Stipulation and Order," Dkt. No. 203), Plaintiffs American Beverage Association, California Retailers Association, and California State Outdoor Advertising Association ("Plaintiffs") and Defendant The City and County of San Francisco ("Defendant") hereby stipulate and agree to dismiss this entire action with prejudice.

The Court shall retain jurisdiction to adjudicate a motion by Plaintiffs seeking an award of fees and costs if it is filed pursuant to the provisions in the Joint Stipulation and Order. Except as otherwise ordered in a ruling on any such motion, each party shall bear its own fees and costs.

**IT IS SO STIPULATED**

Dated: September 10, 2021

Respectfully submitted,

LATHAM & WATKINS LLP

By /s/ *Richard P. Bress*
    Richard P. Bress

Steven M. Bauer (CA Bar No. 135067)
LATHAM & WATKINS LLP
505 Montgomery Street
Suite 2000
San Francisco, CA 94111-6538
T +1.415.391.0600
F +1.415.395.8095
steven.bauer@lw.com

Richard P. Bress (Admitted *Pro Hac Vice*)
Michael E. Bern (Admitted *Pro Hac Vice*)
George C. Chipev (Admitted *Pro Hac Vice*)
Caroline A. Flynn (CA Bar No. 296691)
Shannon Grammel (Admitted *Pro Hac Vice*)
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Suite 1000
Washington, DC 20004-1304

|   |   |   |
|---|---|---|
| 1 |   | T +1.202.637.2200 |
| 2 |   | F +1.202.637.2201 |
|   |   | rick.bress@lw.com |
| 3 |   | michael.bern@lw.com |
|   |   | george.chipev@lw.com |
| 4 |   | caroline.flynn@lw.com |
|   |   | shannon.grammel@lw.com |

*Attorneys for Plaintiffs*
American Beverage Association and
California Retailers Association

Dated:  September 10, 2021       By:  /s/ *Theodore B. Olson*
                                      Theodore B. Olson

Theodore B. Olson (CA Bar No. 38137)
Helgi C. Walker (Admitted *Pro Hac Vice*)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, NW
Washington, DC 20036-5306
T +1.202.955.8668
F +1.202.530.9575
TOlson@gibsondunn.com
hwalker@gibsondunn.com

Charles J. Stevens (CA Bar No. 106981)
Joshua D. Dick (CA Bar No. 268853)
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street
San Francisco, CA 94105-0921
T +1.415.393.8233
F +1.415.374.8469
CStevens@gibsondunn.com
jdick@gibsondunn.com

*Attorneys for Plaintiff*
California State Outdoor Advertising Association

| | | |
|---|---|---|
| 1 | Dated: September 10, 2021 | By: */s/ Dennis J. Herrera* |
| 2 | | Dennis J. Herrera |
| | | |
| 3 | | Dennis J. Herrera (Bar No. 139669) |
| | | City Attorney |
| | | Wayne Snodgrass (Bar No. 148137) |
| 4 | | Jeremy M. Goldman (Bar No. 218888) |
| | | Deputy City Attorneys |
| 5 | | 1 Dr. Carlton B. Goodlett Place |
| | | City Hall, Room 234 |
| 6 | | San Francisco, CA  94102-4682 |
| | | T +1.415.554.6762 |
| 7 | | F +1.415.554.4669 |
| | | dennis.herrera@sfgov.org |
| 8 | | jeremy.goldman@sfgov.org |
| 9 | | *Attorneys for Defendant* |
| | | City and County of San Francisco |

**ATTESTATION CLAUSE**

Pursuant to Civil Local Rule 5-1(i)(3), I hereby certify that I obtained in the filing of this document the concurrence from all parties whose electronic signatures appear above.

Dated: September 10, 2021

*/s/ Richard P. Bress*
Richard P. Bress

DATED: September 10, 2021

GRANTED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA